AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00687 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
| Jonas Buxton | ) Assign Date: 12/8/2021 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Matthew Bruno, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/08/2021__

*Judge's signature*

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*