AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | )  | Case: 1:21-mj-00687 |
| v. | ) | Assigned to: Judge Meriweather, Robin M. |
| Jonas Buxton | ) | Assign Date: 12/8/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_                                    Jonas Buxton                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

2021.12.08
14:57:14 -05'00'

Date:     12/08/2021

_Issuing officer's signature_

City and state:     Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge

_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 12/08/2021 , and the person was arrested on _(date)_ 12/09/2021
at _(city and state)_ St. Charles, MO .

Date: 12/09/2021

_Arresting officer's signature_

MATTHEW BRUNO   Special Agent
_Printed name and title_